# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MADISON GARRAWAY

VERSUS

JAMEE RAYE ALLEN AND FORD
MOTOR COMPANY

NO.   2022 CW 0824

**AUGUST 3, 2022**

---

In Re:   Hilda Lou Byargeon, in her capacity as the Curatrix of
Madison Garraway, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 631668.

---

BEFORE:   **WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**

VGW
JMG
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT